IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**JOHN HENRY SANDERS, #L3590**                                       **PETITIONER**

**v.**                                        **No. 2:04CV273-P-A**

**DONALD CABANA, ET AL.**                                          **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* under 28 U.S.C. § 2254 is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

**SO ORDERED,** this the 18th day of May, 2005.

                                                                  /s/ W. Allen Pepper, Jr.
                                                                   W. ALLEN PEPPER, JR.
                                                                   UNITED STATES DISTRICT JUDGE